NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BANK OF AMERICA, N.A.,**
*Appellant*

**v.**

**NANT HOLDINGS IP, LLC,**
*Appellee*

---

2023-1634, 2023-1635, 2023-1704, 2023-1705

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01081, IPR2021-01304, IPR2021-01332, IPR2021-01333.

---

## JUDGMENT

---

EIMERIC REIG-PLESSIS, Winston & Strawn LLP, San Francisco, CA, argued for appellant. Also represented by DUSTIN JAMES EDWARDS, Houston, TX; CLAIRE A. FUNDAKOWSKI, Washington, DC; GEORGE C. LOMBARDI, Chicago, IL.

JAMES M. GLASS, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, argued for appellee. Also represented by ERIC HUANG; TODD MICHAEL BRIGGS, Redwood Shores, CA.

―――――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CHEN and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 18, 2024
Date

Jarrett B. Perlow
Clerk of Court